# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| THOMAS WILSON ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 7:22-cv-00310-LSC |
| ) | |
| TRUCK AND WHEEL ) | |
| AUTOMOTIVE USA ) | |
| CORPORATION, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before this Court is the parties' Joint Motion for Approval of Settlement. (Doc. 9.) After *in camera* review of the settlement agreements between Plaintiff Thomas Wilson and Defendant Truck and Wheel Automotive USA Corporation, the Court finds that the terms of the settlement agreements are "a fair and reasonable resolution of a bona fide dispute." *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1355 (11th Cir. 1982). *See generally Nall v. Mal-Motels, Inc.*, 723 F.3d 1304, 1306 (11th Cir. 2013). Accordingly, the case is DISMISSED WITH PREJUDICE. Costs are taxed as paid.

**DONE** and **ORDERED** on June 3, 2022.

                                                  L. Scott Coogler
                                      United States District Judge

206770